UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DORETHA HARRELL

VERSUS

CAROLYN W. COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 14-55-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 13, 2015 (doc. no. 13) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Commissioner's decision is AFFIRMED and plaintiff's appeal is DISMISSED with prejudice.

Baton Rouge, Louisiana, this ____ day of March, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA